FILE COPY

**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS
GINA M. BENAVIDES
NORA L. LONGORIA
LETICIA HINOJOSA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
COURTHOUSE ANNEX III
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

Tuesday, March 13, 2018

Hon. Starr Boldrick Bauer
36th District Court
P.O. Box 700
Sinton, TX 78387-0700
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-18-00132-CR; 13-18-00133-CR
           Tr.Ct.No.  S-17-03337CR; S-17-3338CR
Style:   Cristobal Garcia v. The State of Texas

Dear Sir/Madam:

    Enclosed please find copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

Enc.
cc:    Hon. Laura M. Miller (DELIVERED VIA E-MAIL)
       Hon. Samuel B. Smith Jr. (DELIVERED VIA E-MAIL)
       Hon. Larry Christopher Iles (DELIVERED VIA E-MAIL)